IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WESLEY JOSEPH VIEIRA**  PETITIONER
ADC #158205

v.  CASE NO. 5:17-CV-00315 BSM

**WENDY KELLEY, Director**
**Arkansas Department of Correction**  RESPONDENT

## ORDER

The proposed findings and recommendations [Doc. No. 3] submitted by United States Magistrate Judge Joe J. Volpe and petitioner Wesley Vieira's objections [Doc. No. 6] have been reviewed. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Vieira's petition is dismissed, all requested relief is denied, and judgment is entered for respondent Kelley. Vieira's motion for leave to proceed *in forma pauperis* [Doc. No. 1] is denied as moot. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, a certificate of appealability is denied.

IT IS SO ORDERED this 23rd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE