IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WESLEY JOSEPH VIEIRA**                                        **PETITIONER**

v.            **CASE NO. 5:17-CV-00315 BSM**

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                         **RESPONDENT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE